**Order entered April 21, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01054-CV

**RETAIL SERVICES WIS CORPORATION D/B/A
PRODUCT CONNECTIONS, ET AL., Appellants**

**V.**

**CROSSMARK, INC., Appellee**

**On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-05122-2020**

## ORDER

On March 23, 2021, we lifted our stay to allow the trial court to conduct a hearing on appellant's Unopposed Motion to Permanently Seal Logs of Private Text Communications that was filed in the trial court on November 25, 2020. Pursuant to that order, a supplemental clerk's record has been filed with the trial court's April 14, 2021 Order Granting Unopposed Motion to Permanently Seal Logs of Private Text Communications. Accordingly, we **ORDER** Collin County District Clerk Lynne Finley to file, **within ten days** of the date of this order, a

sealed supplemental clerk's record containing Exhibits A and B that were filed with the trial court on November 16, 2020.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Finley and all parties.

/s/ CRAIG SMITH
   JUSTICE